# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

March 24, 2020

<u>**Via ECF**</u>

The Honorable Ronnie Abrams
United States District Court
 For the Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

> Re:   *Thorne v. Boston Market Corporation*, No. 1:19-cv-09932-RA
>         <u>Request to Extend Defendant's Time to Respond to Complaint</u>

Dear Judge Abrams:

We represent defendant Boston Market Corporation ("Defendant") in the above-referenced action. Pursuant to Rules 1(A) and 1(D) of Your Honor's Individual Rules and Practices, we write with the consent of counsel for plaintiff Braulio Thorne ("Plaintiff"), respectfully to request that the Court extend Defendant's time to file its Reply Memorandum of Law in support of its Motion to Dismiss from March 26, 2020 until April 16, 2020. This is Defendant's first request for an extension of time to file its Reply.

In support of this request, counsel for Defendant states that the current COVID-19 pandemic has created unforeseen delays and complications in its operations and that this extension, if granted, will permit counsel additional time to prepare Defendant's Reply Memorandum in support of its Motion to Dismiss. If granted, this extension will not affect any other dates scheduled in this action. As noted, Plaintiff's counsel consents to this request.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
March 25, 2020

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060          +1.212.309.6000
United States                                    +1.212.309.6001