**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
BRAULIO THORNE, on behalf of himself and
All other persons similarly situated,

                        Plaintiff,

        -against-                                19 **CIVIL** 9932 (RA)

                                                      **JUDGMENT**

BOSTON MARKET CORPORATION,

                       Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated June 29, 2020, Defendant's Rule 12(b)(6) motion is granted.

**Dated:**  New York, New York
             June 30, 2020

                                                     **RUBY J. KRAJICK**
                                               _____
                                                   **Clerk of Court**
                             **BY:**
                                                     **Deputy Clerk**